TAYLOR G. SELIM
Nevada Bar No. 12091
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:     (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANETTE EAMON, individually, | CASE NO.:   2:18-cv-02229-MMD-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

/ / /

1

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the Plaintiff, DANETTE EAMON, by and

through her counsel of record, HICKS & BRASIER, PLLC and Defendant, STATE FARM

MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record,

HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own costs

and attorney fees.

DATED this 19 day of November 2019.          DATED this 5th *December 765* day of November 2019.

**HICKS & BRASIER, PLLC**                    **HARPER | SELIM**

_____             _____
ALISON M. BRASIER                            TAYLOR G. SELIM
Nevada Bar No. 10522                         Nevada Bar No. 12091
2630 S. Jones Blvd.                          1707 Village Center Circle, Suite 140
Las Vegas, NV 89146                          Las Vegas, NV 89130
*Attorneys for Plaintiff*                    *Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

Dated this  5th   day of  December        2019.

_____
UNITED STATES DISTRICT COURT JUDGE